IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
CARLOS HERNANDEZ, Individually and  )
on Behalf of All Those Similarly Situated, )
                                    )
                                    ) Case No:
Plaintiffs,                         ) 1:17-cv-04131-AT
                                    )
v.                                  )
                                    )
RAMIREZ SERVICES LLC, and           )
JULIO RAMIREZ, Jointly and Severally, )
                                    )
Defendants.                         )
_____)

## ORDER

This matter is before the Court on the Plaintiff's Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (Doc. 16; hereinafter "Motion"). Plaintiff requests that the Court review and approve the Settlement Agreement (Doc. 10-1) and dismiss this action with prejudice. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

The Court has reviewed the Motion, the Settlement Agreement, and the record. The Court concludes that the terms of the settlement (1) are fair to the named Plaintiff; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the Plaintiffs' claims be fully and finally resolved. The Court further finds that the settlement (1) arrived at a fair disposition of the claims and (2) arrived at a fair and reasonable settlement of the attorney's fees and costs of litigation. See generally Lynn's Food Stores, 679 F.2d at 1353.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (Doc. 10) is **GRANTED**. The Settlement Agreement (Doc. 10-1) is **APPROVED**. This action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this __9th__ day of May, 2018.

_____
**UNITED STATES DISTRICT JUDGE**